THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SARDO, HAROLD COSTELLO and PETER SCALZO, Appellants.

Submitted November 17, 1941; decided November 27, 1941.

*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for motion.

*Abraham Roth* opposed.

Motion denied, default opened and case- set down for argument during second week of January, 1942, session.